ACCEPTED
05-15-00925-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/24/2015 4:35:19 PM
LISA MATZ
CLERK

No. 05-15-00925-CV

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/24/2015 4:35:19 PM
LISA MATZ
Clerk

HMS Holdings Corp., Health Management Systems, Inc.,
and Business Services, Inc.,
*Appellants and Cross-Appellees*,

**v.**

Public Consulting Group, Inc.,
James Gambino, and Jason Ramos,
*Appellees and Cross-Appellants.*

Appeal from the 44th District Court of Dallas County, Texas
Cause No. DC-14-9047
*Honorable Bonnie L. Goldstein, Judge Presiding*

APPELLEE PUBLIC CONSULTING GROUP, INC'S
UNOPPSED MOTION TO SUPPLEMENT CLERK'S RECORD

Appellee and Cross-Appellant Public Consulting Group, Inc. ("PCG") files

this Unopposed Motion to Supplement the Clerk's Record and respectfully shows

as follows:

PCG seeks leave to supplement the record with following documents.

1. All exhibits to PCG's January 15, 2015 Opposition to HMS's
   Application for Preliminary Injunction;

2. The February 27, 2015 Order Regarding Protocol for Removal of HMS
   Information from Defendants' Possession;

-1-

3. PCG's June 29, 2015 Correspondence to the Court and Attached Proposed Agreed-Upon Temporary Injunction.

Counsel for Appellants and Cross-Appellees HMS Holdings Corp., Health Management Systems, Inc., and Business Services, Inc., and counsel for Appellees and Cross-Appellants James Gambino and Jason Ramos are unopposed to the relief requested herein.

Respectfully submitted,

*/s/ David S. Coale*
John T. Cox III
State Bar No. 24003722
E-Mail:  tcox@lynnllp.com
David S. Coale
State Bar No. 00787255
E-Mail:  dcoale@lynnllp.com
**Lynn Tillotson Pinker & Cox, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
Telephone:  (214) 981-3800
Facsimile:  (214) 981-3839

*Attorneys for Appellee and Cross-Appellant*
*Public Consulting Group, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served ***Via Electronic Mail*** by agreement of counsel of record on September 24, 2015:

| | | |
|---|---|---|
| **Defendant Public Consulting Group Inc.** | Trey Cox | *tcox@lynnllp.com* |
| | Chris Patton | *cpatton@lynnllp.com* |
| | Samuel B. Hardy, IV | *shardy@lynnllp.com* |
| | Joshua Krumholz | *joshua.krumholz@hklaw.com* |
| | Brian G. Leary | *brian.leary@hklaw.com* |
| | Benjamin Stern | *benjamin.stern@hklaw.com* |
| | Robert M. Shaw | *robert.shaw@hklaw.com* |
| | Jessica Ragosta Early | *jessica.early@hklaw.com* |
| | Daniel I. Small | *dan.small@hklaw.com* |
| | | |
| **Plaintiffs** | T. Ray Guy | *ray.guy@weil.com* |
| | Olivia Zimmerman Miller | *olivia.miller@weil.com* |
| | Chris Cox | *chris.cox@weil.com* |
| | Jessie Mishkin | *Jessie.mishkin@weil.com* |
| | David Fertig | *david.fertig@weil.com* |
| | Salvatore Romanello | *salvatore.romanello@weil.com* |
| | Aryeh Zuber | *aryeh.zuber@weil.com* |
| | Cheri Besselieu | *cheri.bessellieu@weil.com* |
| | Nathan White | *nathan.white@weil.com* |
| | David Singh | *david.singh@weil.com* |
| | Pete Marketos | *pete.marketos@rgmfirm.com* |
| | Joel Reese | *joel.reese@rgmfirm.com* |
| | Adam Sanderson | *adam.sanderson@rgmfirm.com* |
| | Leslie Chaggaris | *leslie.chaggaris@rgmfirm.com* |
| | | |
| **Individual Defendants (Texas Action)** | Sara Hollan Chelette | *schelette@jw.com* |
| | John Jackson | *jjackson@jw.com* |
| | David Schlottman | *dschlottman@jw.com* |

| **Individual Defendants (New York Action)** | Christopher Buckey<br>Nicholas Faso<br>Emily Perks Quinlan | *cbuckey@woh.com*<br>*nfaso@woh.com*<br>*equinlan@woh.com* |
|---|---|---|

                        */s/ David S. Coale*
                        David S. Coale

4850-6319-9785, v. 1